USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   1/12/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAMO TITLE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> DASOL HOLDINGS, INC., CITIBANK N.A., a nominal defendant, PAYWARD, INC. d/b/a/ KRAKEN, a nominal defendant, PAYWARD INTERACTIVE, INC., a nominal defendant, and DART FINANCIAL CORPORATION d/b/a THE DART BANK, a nominal defendant, <br><br> Defendants. | 1:25-cv-10478 (ALC) <br><br> **TEMPORARY RESTRAINING ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons discussed at today's telephonic conference, the Temporary Restraining Orders issued on December 18, 2025 and January 2, 2026 are hereby extended to **January 23, 2026**. ECF Nos. 5, 23.

**SO ORDERED.**

Dated:   January 12, 2026
             New York, New York

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**