USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALAMO TITLE COMPANY,** | |
| **Plaintiff,** | |
| -against- | **1:25-cv-10478 (ALC)** |
| **DASOL HOLDINGS, INC., CITIBANK N.A.,** a nominal defendant, **PAYWARD, INC. d/b/a/ KRAKEN,** a nominal defendant, **PAYWARD INTERACTIVE, INC.,** a nominal defendant, and **DART FINANCIAL CORPORATION d/b/a THE DART BANK,** a nominal defendant, | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's telephonic hearing, the Court will hold a telephonic status conference in this matter on **January 23, 2026 at 3:30PM.** All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

Defendant Dart has until **January 16, 2026** to file a response to the Temporary Restraining Order issued on January 2, 2026 at ECF No. 23 and a response to Plaintiff's letter motion for a pre-motion conference regarding its anticipated motion to compel at ECF No. 32. Plaintiff may submit a reply, if any, by **January 21, 2026.**

**Dated:    January 12, 2026**
**        New York, New York**

_Andrew J. Carter_

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**