USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___1/30/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALAMO TITLE COMPANY,<br><br>          **Plaintiff,**<br><br>     -against-<br><br>DASOL HOLDINGS, INC., CITIBANK N.A., a nominal defendant, PAYWARD, INC. d/b/a/ KRAKEN, a nominal defendant, PAYWARD INTERACTIVE, INC., a nominal defendant, and DART FINANCIAL CORPORATION d/b/a THE DART BANK, a nominal defendant,<br><br>          **Defendants.** | **1:25-cv-10478 (ALC)**<br><br>**TEMPORARY RESTRAINING ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons discussed at today's telephonic conference, the Temporary Restraining Orders issued on December 18, 2025 and January 2, 2026 are hereby extended to **February 12, 2026**. ECF Nos. 5, 23.

**SO ORDERED.**

Dated:    **January 30, 2026**
         **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**