USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/30/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALAMO TITLE COMPANY,

                    **Plaintiff,**

       **-against-**

DASOL HOLDINGS, INC., CITIBANK N.A.,
a nominal defendant, PAYWARD, INC. d/b/a/
KRAKEN, a nominal defendant, PAYWARD
INTERACTIVE, INC., a nominal defendant,
and DART FINANCIAL CORPORATION
d/b/a THE DART BANK, a nominal
defendant,

                    **Defendants.**

1:25-cv-10478 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's telephonic conference, Plaintiff is **ordered** to respond to the letter motion for a conference regarding Defendants Payward, Inc. and Payward Interactive, Inc.'s anticipated motion to dismiss at ECF No. 47 **by February 3, 2026.** Further, Plaintiff is directed to submit a status report regarding the necessity of maintaining the Temporary Restraining Orders in this case. Plaintiff should also provide an update regarding the issuance of a subpoena on Payward Interactive, Inc. and Payward, Inc. Such status report is due **by February 6, 2026.**

**SO ORDERED.**

**Dated:**   **January 30, 2026**
         **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**