USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/6/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **ALAMO TITLE COMPANY,**<br><br>                              **Plaintiff,**<br><br>               -against-<br><br>**DASOL HOLDINGS, INC., CITIBANK N.A.,**<br>**a nominal defendant, PAYWARD, INC. d/b/a/**<br>**KRAKEN, a nominal defendant, PAYWARD**<br>**INTERACTIVE, INC., a nominal defendant,**<br>**and DART FINANCIAL CORPORATION**<br>**d/b/a THE DART BANK, a nominal**<br>**defendant,**<br><br>                              **Defendants.** | **1:25-cv-10478 (ALC)**<br><br>**TEMPORARY RESTRAINING**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Temporary Restraining Order ("TRO") issued on January 2, 2026 is hereby extended

in part. ECF No. 23. Specifically, the part of the TRO restraining the diverted funds that may be

held in Kraken accounts or wallets shall remain in place until **March 5, 2026** based on Defendant

Kraken's position that the funds are no longer in the accounts.

**SO ORDERED.**

**Dated:    February 6, 2026**
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**